**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>POTTSVILLE OPERATIONS, LLC, *et al.*,[1]<br><br>Debtors. | Case No.: 24-70418-JAD<br>Chapter 11<br>(Jointly Administered) |
| POTTSVILLE LIQUIDATING TRUST, on behalf of the Debtors,<br><br>Plaintiff,<br><br>-vs-<br><br>LOYAL ASSISTANT, INC., d/b/a BRAVO CARE,<br><br>Defendant. | Adv. Pro. No.: 26-07014-JAD<br><br>Related to Adv. Doc. No.: 1 |

**STIPULATION AND CONSENT ORDER EXTENDING**
**THE DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

The Pottsville Liquidating Trust (the "Trust") and Loyal Assistant, Inc., d/b/a Bravo Care (the "Defendant" and, together with the Trust, the "Parties"), hereby stipulate and agree (this "Stipulation and Order") to extend the deadline for the Defendant to answer or otherwise respond to the Complaint:

WHEREAS, on October 15, 2026, the Trust filed its Complaint [Adv. Dkt. No. 1] (the "Complaint") against the Defendant seeking to avoid and recover certain transfers pursuant to sections 547, 550, and 551 of the Bankruptcy Code and to disallow the Defendant's claims pursuant to section 502(d) and (j) of the Bankruptcy Code;

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Pottsville Operations, LLC (9467); Pottsville Propco, LLC (8685); Hampton House Operations, LLC (8969); Hampton House Propco, LLC (7258); Kingston Operations, LLC (1787); Kingston Propco, LLC (8562); Williamsport North Operations, LLC (9927); Williamsport Propco, LLC (2039); Williamsport South Operations, LLC (0298); Yeadon Operations, LLC (9296); and Yeadon Propco, LLC (5785) (collectively the "Debtors", and the Debtors' chapter 11 cases are collectively referred to as the "Chapter 11 Cases"). The Debtors' mailing address is 425 West New England Avenue, Suite 300, Winter Park, Florida 32789.

WHEREAS, the Summons issued by the Court in this adversary proceeding provides that the Defendant's response to the Complaint is due on November 16, 2026 [Adv. Dkt. No. 3] (the "Response Deadline");

WHEREAS, the Defendant has requested, and, subject to approval by this Court, the Trust has consented to extending the Response Deadline to January 16, 2027;

AND NOW, in consideration of the foregoing recitals, which are incorporated herein by reference, and intending to be legally bound hereby, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The time in which the Defendant must file a response to the Complaint is hereby extended to January 16, 2027.

2. Nothing herein is or shall be construed as a consent, waiver, or release of any of the rights, claims, or defenses of either Party, all of which are expressly preserved.

3. The Court shall retain jurisdiction over the interpretation, implementation, and enforcement of this Stipulation and Order.

BY THE COURT:

Dated: _____________, 2026

___________________________________
JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT

[PARTIES' SIGNATURE PAGES TO FOLLOW]

STIPULATED AND AGREED TO THIS 17TH DAY OF NOVEMBER 2026:

*Counsel for the Defendant:*

*/s/ Salene Kraemer*

Salene Kraemer, Esq. (P.A. Bar No. 86422)
MazurKraemer Business Law
314 Old Farm Road
Pittsburgh, PA 15228
Tel: (206) 206-3840
salene@mazurkraemer.com

*Counsel for the Trust:*

*/s/ Kyle D. Smith*

Andrew C. Helman (admitted *pro hac vice*)
Kyle D. Smith (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, ME 04101-6420
Phone: (207) 619-0919
Email: andrew.helman@dentons.com

and

Thomas Maxson
Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 297-4706
Email: thomas.maxson@dentons.com

and

Lauren M. Macksoud (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com